Harry WARD, Individually, and On Behalf of Arkansans
To Protect Police, Libraries, Education & Services *v.*
Sharon PRIEST, Secretary of State

02-954                                          86 S.W.3d 383

Supreme Court of Arkansas
Opinion delivered September 17, 2002

*Friday, Eldredge & Clark,* by: *Robert S. Shafer,* for petitioner.

No response.

P ER CURIAM. ■ Based on this court's docket and the
parties' schedules, we grant petitioner's motion and set
the following briefing dates:

Respondent's answer due on September 23, 2002.

Petitioner's brief due on October 3, 2002.

Respondent's response due on October 7, 2002.

There will be no reply briefs.

In addition oral arguments in this matter will be set for
Thursday, October 10, 2002, at 9:00 a.m.